**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| GUY MICCICHE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:16-cv-01000-CB |
| | ) |
| NAVIENT SOLUTIONS, INC. | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, GUY MICCICHE, ("Plaintiff"), through his attorney, The Law Firm of Michael Alan Siddons, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case against Defendant, NAVIENT SOLUTIONS, INC.

                                              RESPECTFULLY SUBMITTED,

August 4, 2016                            By: /s/ Michael Alan Siddons_____
                                                      Michael Alan Siddons
                                                      Attorney #89018
                                                      The Law Firm of Michael Alan Siddons, Esquire
                                                      230 N. Monroe Street
                                                      PO Box 403
                                                      Media, PA 19063
                                                      Tel: 410-705-0970
                                                      msiddons@siddonslaw.com
                                                      Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      On August 4, 2016, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I emailed a filed copy to defense counsel, Tom Lucchesi, at tlucchesi@stradley.com.

                                                      By: /s/ Michael Alan Siddons
                                                                Michael Alan Siddons